STATE OF NEW JERSEY v. GEORGE LEYTON WILSON, JR.

December 7, 1978. Petition for certification denied.

WILLIAM P. HERBERT v.
STATE OF NEW JERSEY, CIVIL SERVICE COMMISSION.

December 7, 1978. Petition for certification denied. (See 162 *N. J. Super.* 449)

STATE OF NEW JERSEY v. CHARLES MANGANIELLO.

December 7, 1978. Petition for certification denied.

DORA BLEATTLER v. D. L. PETERSON TRUST.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HOLT.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER A. GROSSMICK.

December 7, 1978. Petition for certification denied.